# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HERBERT LEE JOHNSON,

    Defendant.

2:14-cr-00304-JCM-VCF

**ORDER**

Before the Court is the Unopposed Motion for Copies of Sealed Docket Entry (ECF NO. 63).

Accordingly,

IT IS HEREBY ORDERED that Unopposed Motion for Copies of Sealed Docket Entry (ECF NO. 63) is GRANTED. The Clerk is directed to provide a copy of the Sealed Supplement to Sentencing Memorandum (ECF No. 38) to defendant's counsel. ECF No. 38 must remained sealed.

DATED this 22nd day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE