# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| United States of America, | |
|---|---|
| Plaintiff(s), | |
| v. | 2:14-cr-00304-JCM-VCF |
| Herbert Johnson, | **ORDER** |
| Defendant(s). | |

Before the Court is Herbert Johnson's motion for copy (ECF No. 66).

Chris T. Rasmussen, Esq. was appointed as counsel of record on September 19, 2014 (ECF NO. 12) and Wendi Overmyer, Esq. appeared as counsel of record for Herbert Johnson on June 17, 2022 (ECF No. 50).   Johnson filed the instant motion on his own behalf.  (ECF No. 66).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf.  See Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE the Herbert Johnson's motion for copy (ECF No. 66) from the docket.

DATED this 13th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1